OPINION — AG — THE OFFICERS CHARGED WITH THE DUTY OF FILLING THE JURY WHEEL SHOULD PLACE THEREIN THE NAMES OF ALL PERSONS SHOWN ON THE ASSESSMENT LISTS IN THE TAX ASSESSOR'S OFFICE, EXCEPT THOSE KNOWN BY SAID OFFICERS TO BE DISQUALIFIED FOR JURY SERVICE. DEFINING "QUALIFIED JUROR". CITE: ARTICLE III, SECTION 1, 38 O.S. 1961 28 [38-28] 38 O.S. 1961 18 [38-18], 38 O.S. 1961 19 [38-19] (W. J. MONROE)